UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANK SOLOMON JR., individually and as Trustee of the FRANK SOLOMON Jr. LIVING TRUST dated February 7, 2002; SOLOMON FAMILY PARTNERSHIP, a California Limited Partnership; J.C. PENNY CO., INC.; and RANJITH SINGH, d/b/a DOLLAR FIFTY STORE, a/k/a DOLLAR CITY,<br><br>        Defendants. | CASE NO. 1:14-cv-1360-KJM-GSA<br><br>ORDER REGARDING SETTLEMENT CONFERENCE |

       This case is set for a Settlement Conference before Magistrate Judge Barbara A. McAuliffe on January 14, 2015 at 9:30 am in Courtroom 8 at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721. Unless otherwise permitted in advance by the Court, <u>the attorneys who will try the case</u> shall personally appear at the settlement conference with the parties and the person or persons <u>having full authority</u> to negotiate and settle the case, on any terms, at the conference.

       No later than seven days prior to the settlement conference, each party shall submit directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference statement. This statement should neither be filed with the clerk of the Court nor served on any other

1

1  party.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the
2  mandatory settlement conference indicated prominently.
3        The settlement statement should not be lengthy but shall include a brief recitation of the facts,
4  a discussion of the strengths and weaknesses of the case, an estimate of the cost and time to be
5  expended for further pretrial and trial matters, and the relief sought. The parties are also directed to
6  include a candid statement on the party's position on settlement, **including the amount which the**
7  **party will accept to settle, realistic settlement expectations**, present settlement proposals, and a
8  history of past settlement discussions, offers, demands, and a report on settlement efforts to date.
9        This Court will vacate the settlement conference if the Court finds the settlement conference
10 will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in
11 advance of the settlement conference as possible, a party shall inform the Court and other parties that
12 it believes the case is not in a settlement posture so the Court may vacate or reset the settlement
13 conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt
14 to resolve all or part of the case.

16 IT IS SO ORDERED.

17    Dated:    **December 23, 2014**                /s/ *Barbara A. McAuliffe*
18                                                 UNITED STATES MAGISTRATE JUDGE